Hephzibah BATES, a/k/a Hattie Tea Jenkins–Bates, Plaintiff–
Appellant,

v.

Jimmie FALLON, Defendant–Appellee.

No. 13–1770.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2013.

Decided: Aug. 26, 2013.

Hephzibah Bates, Appellant Pro Se.

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hephzibah Bates appeals the district court's order dismissing Bates' complaint as frivolous. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pau-

peris and affirm for the reasons stated by the district court. *Bates v. Fallon,* No. 3:13–cv–00300–REP (E.D.Va. May 28, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*